**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**February 16, 2023**

**Christopher M. Wolpert**
**Clerk of Court**

_____

KANE COUNTY, UTAH, a Utah political
subdivision,

     Plaintiff - Appellee,

and

STATE OF UTAH,

     Intervenor Plaintiff - Appellee,

v.

UNITED STATES OF AMERICA,

     Defendant - Appellee,

and

SOUTHERN UTAH WILDERNESS
ALLIANCE, et al.,

     Intervenor Defendants - Appellants.

No. 22-4087
(D.C. No. 2:10-CV-01073-CW)
(D. Utah)

_____

**ORDER**

_____

This matter is before the court on "Appellants' Unopposed Motion for Extension

of Time to File (1) its Reply Brief and (2) its Response to Petition for Initial Hearing En

Banc." Upon careful consideration, the motion is GRANTED. Appellants' response to

the petitions for initial hearing en banc filed by the United States, the State of Utah, and

Kane County shall be filed and served no later than March 7, 2022. Appellants' reply

brief shall be filed and served no later than March 29, 2023.

Entered for the Court,

CHRISTOPHER M. WOLPERT, Clerk