# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| Kane County, et al<br><br>**Plaintiff(s),**<br><br>vs.<br><br>USA, et al<br><br>**Defendant(s).** | Case No. 2:10-CV-1073, 2:11-CV-1045 |

## TRANSCRIPT PURCHASE NOTICE

Notice is hereby given that the undersigned court reporter has received payment from or payment arrangements have been made by:

☒ Attorney: Michelle White, Steven Bloch

☐ Party: Click here to enter text.

for the following transcript(s):

| Hearing Date | Type of Hearing Held |
|---|---|
| July 27, 2023 | Motion Hearing |
| | |
| | |
| | |
| | |

**DOCKET CLERK:**
Please modify the above transcript(s) entry/document to allow this attorney/party to have access to the transcript(s) via PACER.

Date: November 3, 2023    Laura Robinson
                          Court Reporter