**MANNING CURTIS**
**BRADSHAW & BEDNAR PLLC**
Mitchell M. Longson (#15661)
201 South Main St. Suite 750
Salt Lake City, UT 84111
Telephone: (801) 363-5678
Facsimile: (801) 364-5678

**SOUTHERN UTAH**
**WILDERNESS ALLIANCE**
Stephen H.M. Bloch, (# 7813)
Michelle White (#16985)
425 East 100 South
Salt Lake City, UT 84111
Telephone: (801) 486-3161
Facsimile: (801) 486-4233

**COOLEY LLP**
John C. Dwyer (Pro Hac Vice)
Tijana Brien (Pro Hac Vice)
3175 Hanover Street
Palo Alto, CA  94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

**HOGGAN LEE HUTCHINSON**
Trevor J. Lee (#16703)
1225 Deer Valley Dr.
Park City, UT 84060
Telephone: (435) 615-2264

*Attorneys for Intervenor-Defendants Southern Utah Wilderness Alliance et al.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KANE COUNTY (2), UTAH,<br><br>Plaintiff, and<br><br>STATE OF UTAH,<br><br>Intervenor-Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant, and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE *et al.,*<br><br>Intervenor-Defendants. | **REQUEST TO SUBMIT FOR DECISION AND EXPEDITED CONSIDERATION**<br><br>Case Nos.  2:10-cv-1073 (Consolidated 2:11-cv-1031, 2:12-cv-476)<br><br>Judge Clark Waddoups |

Pursuant to D.U. Civ. R. 7-3, Intervenor-Defendants Southern Utah Wilderness Alliance *et al.* (collectively, "SUWA"), through their undersigned counsel, respectfully request that its pending Motion to Implement Tenth Circuit Order and For Expedited Consideration ("Motion") be submitted for decision.  SUWA filed its Motion on August 5,

2024. (ECF No. 789.) Defendant United States filed a response on August 8, 2024. (ECF No. 790). Plaintiffs Kane County, Utah and the State of Utah ("Plaintiffs") filed an opposition on August 8, 2024. (ECF No. 791.) SUWA stands on its Motion and does not intend to file a reply.

No party has requested a hearing and SUWA does not believe oral argument is necessary to resolve its Motion.

Expedited consideration of SUWA's Motion is warranted because SUWA is seeking to participate in the fast-approaching evidentiary hearing set by this Court on August 21 and 22, 2024, as well as preceding discovery. In order to do so, SUWA, and the other parties to this action, require clarity from this Court regarding SUWA's right to participate as to scope.

Respectfully submitted this 9th day of August, 2024.

 */s/ Tijana Brien*
**MANNING CURTIS BRADSHAW & BEDNAR PLLC**
Mitchell M. Longson (#15661)
136 East South Temple, Suite 1300
Salt Lake City, Utah 84111
Telephone: (801) 363-5678
Facsimile: (801) 364-5678

**HOGGAN LEE HUTCHINSON**
Trevor J. Lee (#16703)
1225 Deer Valley Dr.
Park City, UT 84060
Telephone: (435) 800-2096
Facsimile:

**SOUTHERN UTAH WILDERNESS ALLIANCE**
Stephen H.M. Bloch (#7813)

2

Michelle White (#16985)
425 East 100 South
Salt Lake City, UT 84111
Telephone: (801) 486-3161
Facsimile:  (801) 486-4233

**COOLEY LLP**
John C. Dwyer (Pro Hac Vice)
Tijana Brien (Pro Hac Vice)
3175 Hanover Street
Palo Alto, CA  94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

*Attorneys for Intervenor-Defendants*
*Southern Utah Wilderness Alliance et al.*

306878782

3