HOLLAND & HART LLP
Shawn T. Welch (#7113)
Richard D. Flint (#7525)
Sydney J. Sell (#17313)
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
Telephone: (801) 799-5800
Facsimile: (801) 799-5700
stwelch@hollandhart.com
rdflint@hollandhart.com
sjsell@hollandhart.com

Rob Van Dyke (#12704)
Deputy Kane County Attorney
76 N. Main Street
Kanab, Utah 84741
Telephone: (435) 644-5278
rvandyke@kane.utah.gov

*Attorneys for Plaintiff Kane County, Utah*

Kathy A.F. Davis (#4022)
Kaitlin Tess Davis (#15831)
ASSISTANT ATTORNEYS GENERAL
Sean D. Reyes (#7969)
UTAH ATTORNEY GENERAL
5110 State Office Building
P.O. Box 142477
Salt Lake City, Utah 84114-2477
kathydavis@agutah.gov
kaitlindavis@agutah.gov
Telephone: (801) 538-9819

*Attorneys for Plaintiff State of Utah*

## IN THE UNITED STATES JUDICIAL DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KANE COUNTY, UTAH (2), (3) and (4), a Utah political subdivision; and STATE OF UTAH,<br><br>        Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant, and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE, *et al*.,<br><br>        Intervenor-Defendants. | **KANE COUNTY, UTAH'S AND THE STATE OF UTAH'S NOTICE**<br><br>**Case No. 2:10-cv-01073 CW**<br><br>(consolidated with 2:11-cv-1031, 2:12-cv-476)<br><br>Judge Clark Waddoups |

Plaintiffs Kane County, Utah ("Kane County") and the State of Utah ("State") respectfully provide this Notice as an update following the recent evidentiary hearing (Aug. 21-22) and memorandum decisions (ECF 792 and 816).

Last week, September 16-18, 2024, the soil conditions were right and Kane County installed the box culvert at the Buckskin Wash crossing. The installation is complete.



The cleat marks shown in the photograph were created to facilitate reseeding. On Wednesday of this week, September 25, 2024, native grass seed was spread across the ground and the cleat marks are now raked in. Kane County will monitor the success of the reseeding and take supplemental action if necessary.

Kane County and the State greatly appreciate the Court's timely rulings and prompt attention to this matter.

//

RESPECTFULLY SUBMITTED this 27th day of September, 2024.

HOLLAND & HART LLP

*/s/ Shawn Welch*
Shawn T. Welch
Richard D. Flint
Sydney J. Sell
*Attorneys for Plaintiff Kane County, Utah*


UTAH ATTORNEY GENERAL'S OFFICE

*/s/ Kathy Davis\**
Kathy A.F. Davis
Kaitlin Tess Davis
Assistant Attorneys General
*Attorneys for Plaintiff State of Utah*

*\* Signed with permission given to filing counsel*


33045453_v1

3