## IN THE UNITED STATES JUDICIAL DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KANE COUNTY, UTAH (2), (3) and (4), a Utah political subdivision; and STATE OF UTAH, | **ORDER GRANTING MOTION TO EXTEND TIME FOR PLAINTIFFS TO FILE MOTION FOR PARTIAL SUMMARY JUDGMENT** |
|      Plaintiffs, | |
| v. | Case No. 2:11-cv-1045 |
| UNITED STATES OF AMERICA, | Case No. 2:10-cv-1073, *Consolidated with*: Case No. 2:11-cv-1031 Case No. 2:12-cv-476 |
|      Defendant, | |
| SOUTHERN UTAH WILDERNESS ALLIANCE, et al., | |
|      Intervenor-Defendants. | Judge Clark Waddoups |
| GARFIELD COUNTY (1) AND (2), a Utah political subdivision; and STATE OF UTAH, | |
|      Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, | |
|      Defendant, | |
| SOUTHERN UTAH WILDERNESS ALLIANCE, et al., | |
|      Intervenor-Defendants. | |

Having considered Garfield County, Utah and the State of Utah's ("Plaintiffs") Motion to Extend Time for Plaintiffs to File Motion for Partial Summary Judgment on G9000 – Hole in the Rock Road, and with good cause appearing, it is hereby ORDERED that the motion is GRANTED.

1. State of Utah and Garfield County, Utah shall file their motion(s) on or before **December 13, 2024**;

2. United States shall file its opposition memoranda on or before **March 14, 2025**;

3. State of Utah and Garfield County, Utah shall file their reply brief(s) on or before **April 4, 2025**.

This modified briefing schedule also applies to and extends the deadlines for filing opposition and reply briefs on the K6000 House Rock Valley Road by the United States; Kane County, Utah; and the State of Utah.

SO ORDERED this 29th day of October 2024.

BY THE COURT:

_____
Clark Waddoups
United States District Judge