KATHY A.F. DAVIS (4022)
ROGER R. FAIRBANKS (3792)
STEPHEN KAISER (18146)
Assistant Attorneys General
DEREK BROWN (10476)
Utah Attorney General
1594 W North Temple
Salt Lake City, Utah 84116
Telephone: (801) 537-9801
kathydavis@agutah.gov
rfairbanks@agutah.gov
skkaiser@agutah.gov

*Attorneys for Plaintiffs*

IN THE UNITED STATES JUDICIAL DISTRICT COURT
OR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KANE COUNTY, UTAH (2), (3), and (4), a political subdivision; and STATE OF UTAH, <br><br>    Plaintiffs, <br><br> STATE OF UTAH <br><br>    Intervenor Plaintiff <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br>    Defendant, <br><br> And <br><br> SOUTHERN UTAH WILDERNESS ALLIANCE, *et al.*, <br><br>    Intervenor-Defendants. | **NOTICE OF APPEARANCE OF STEPHEN KAISER AS COUNSEL FOR PLAINTIFFS** <br><br> Consolidated Case No. 2:10-cv-01073 CW (Consolidated with Case Nos. 2:11-cv-01031-CW and 2:12-cv-00476-CW) <br><br> Judge: Honorable Clark Waddoups |

The undersigned appears as counsel for the State of Utah. Under Rule 5 of the Federal Rules of Civil Procedure, all further notices and copies of pleadings, correspondence, papers, and other materials relevant to this action should be directed to and served on:

STEPHEN KAISER (18146)
Assistant Attorney General
1594 W North Temple
Salt Lake City, Utah 84116
Telephone: (801) 537-9801
skkaiser@agutah.gov

DATED this 20th day of February, 2025.

/s/ Stephen Kaiser
Stephen Kaiser
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2025, the undersigned electronically filed the foregoing **NOTICE OF APPEARANCE OF STEPHEN KAISER AS COUNSEL FOR PLAINTIFFS** with the Clerk of the Court using the CM/ECF system which will send notification of this filing to all counsel of record.

/s/Stephen Kaiser