HOLLAND & HART LLP
Shawn T. Welch (#7113)
Richard D. Flint (#7525)
Sydney J. Sell (#17313)
B. Ryder Seamons (#19681)
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
Telephone: (801) 799-5800
Facsimile: (801) 799-5700
stwelch@hollandhart.com
rdflint@hollandhart.com
sjsell@hollandhart.com
brseamons@hollandhart.com

Jeffrey Stott (#14344)
Kane County Attorney
76 N. Main Street
Kanab, Utah 84741
Telephone: (435) 644-5278
jstott@kane.utah.gov

*Attorneys for Plaintiff Kane County, Utah*

Kathy A.F. Davis (#4022)
K. Tess Davis (#15831)
Stephen K. Kaiser (#18146)
ASSISTANT ATTORNEYS GENERAL
Derek Brown (#10476)
UTAH ATTORNEY GENERAL
1594 W. North Temple, 3rd Floor
Salt Lake City, Utah 84116
Telephone: (801) 537-9801
kathydavis@agutah.gov
kaitlindavis@agutah.gov
skkaiser@agutah.gov

*Attorneys for Plaintiff State of Utah*

## IN THE UNITED STATES JUDICIAL DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KANE COUNTY, UTAH (2), (3) and (4), a Utah political subdivision; and STATE OF UTAH,<br><br>  Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant,<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE, ET AL.,<br><br>  Defendant-Intervenors, | **KANE COUNTY, UTAH'S AND THE STATE OF UTAH'S REQUEST TO SUBMIT FOR DECISION**<br><br>**Case No. 2:10-cv-01073**<br><br>(consolidated with 2:11-cv-1031, 2:12-cv-476)<br><br>Judge: Hon. Clark Waddoups |

Plaintiffs Kane County, Utah, and the State of Utah (collectively, "Plaintiffs") respectfully file this Request to Submit for Decision their Motion for Leave to Obtain Discovery from Defendant-Intervenor Southern Utah Wilderness Alliance, et al. (collectively "SUWA").

Pursuant to DUCivR 7-3(b), Plaintiffs state:

1)     Plaintiffs' Motion for Leave to Obtain Discovery from Defendant-Intervenor Southern Utah Wilderness Alliance, et al. (ECF 839), was filed on April 11, 2025.

2)     Defendant the United States of America filed its Response to Plaintiffs' Motion for Leave to Obtain Discovery from SUWA (ECF 842), on April 25, 2025. SUWA filed its Response to Kane County, Utah and the State of Utah's Motion for Leave to Obtain Discovery from SUWA (ECF 843), on April 25, 2025.

3)     Plaintiffs filed their Reply in Support of Motion for Leave to Obtain Discovery from SUWA (ECF 848), on May 9, 2025.

4)     No party has requested a hearing.

Wherefore, Plaintiffs respectfully request the Court to issue its decision on the Motion.

SUBMITTED this 28th day of July, 2025.

HOLLAND & HART LLP

/s/ Shawn Welch
Shawn T. Welch
Richard D. Flint
Sydney J. Sell
B. Ryder Seamons
*Attorneys for Plaintiff Kane County, Utah*

UTAH ATTORNEY GENERAL'S OFFICE

/s/ Kathy Davis*
Kathy A.F. Davis
Kaitlin Tess Davis
Stephen K. Kaiser
Assistant Attorneys General
*Attorneys for Plaintiff State of Utah*
* Signed with permission given to filing counsel

35476486_v1