IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KANE COUNTY, UTAH (2), (3), and (4), a Utah political subdivision; and STATE OF UTAH,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant,<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE, et al.,<br><br>    Intervenor-Defendants. | **ORDER TERMINATING COUNSEL OF RECORD**<br><br>Case No. 2:10-cv-1073<br>*Consolidated with*: 2:11-cv-1031<br>                           2:12-cv-476<br><br>Judge Clark Waddoups |

      Robert C. Van Dyke is listed as one of the counsel of record for Kane County, Utah. In April 2025, he was appointed to the Sixth District Court, State of Utah. Because he is now a judge, and no longer the Deputy Kane County Attorney, the court directs the Clerk's Office to terminate his status as counsel of record in this matter.

      SO ORDERED this 3rd day of September, 2025.

BY THE COURT:

_____
Clark Waddoups
United States District Judge