K. TESS DAVIS (15831)
KATHY A. F. DAVIS (4022)
JASON L. DEFOREST (14628)
Assistant Attorneys General
DEREK BROWN (10476)
Utah Attorney General
1594 W North Temple
Salt Lake City, Utah 84116
kaitlindavis@agutah.gov
kathydavis@agutah.gov
jdeforest@agutah.gov

*Attorneys for Plaintiffs State of Utah and Garfield County, Utah*

IN THE UNITED STATES JUDICIAL DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KANE COUNTY, UTAH (2), (3), and (4), a Utah political subdivision; and STATE OF UTAH,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant, and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE, et al.,<br><br>Defendant-Intervenors. | **NOTICE OF PARALLEL PROCEEDINGS**<br><br>Case Nos. 2:10-cv-1073 and 2:11-cv-1045<br><br>Judge: Hon. Clark Waddoups |

Plaintiffs State of Utah and Garfield County, Utah (collectively "Plaintiffs"), hereby give notice of parallel proceedings that are likely to impact existing litigation pending before this

Court. Plaintiffs have been notified that the Southern Utah Wilderness Alliance ("SUWA") has initiated new litigation, attached hereto as Exhibit 1 — including a now-denied *ex parte* motion for TRO (Order attached as Exhibit 2) — regarding road work contemplated by Garfield County on the G9000 Hole-in-the-Rock Road, title to which was adjudicated in favor of Plaintiffs by this Court in its Memorandum Decision and Order dated July 23, 2025 in Case No. 2:11-cv-1045.

SUWA's new litigation (Case No. 2:26-cv-96) includes the State of Utah and Garfield County as named defendants, along with the U.S. Department of Interior ("DOI") and the Bureau of Land Management ("BLM"). The matter is currently before Judge Allen, who is assigned to the Southern Region of the Central Division of the U.S. District Court for the District of Utah. Although there are jurisdictional and standing issues with SUWA's new litigation, there are other issues currently pending before this Court, including the scope of Plaintiffs' right-of-way over the G9000 Hole-in-the-Rock, that are also implicated in SUWA's new filings.

While this Court may already be well aware of this new litigation, Plaintiffs are submitting this notice of SUWA's new complaint and related filings for the record, as a courtesy, and in an effort to keep this Court informed in the hope of avoiding any potential conflicting rulings.

RESPECTFULLY SUBMITTED this 23th day of February 2026.

> */s/ Tess Davis*
> K. Tess Davis
> Kathy A.F. Davis
> Jason L. DeForest
> Assistant Attorneys General
>
> *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I certify that on February 23, 2026, the undersigned electronically filed the foregoing **NOTICE OF PARALLEL PROCEEDINGS** with the Clerk of the Court using the CM/ECF system which will send notification of this filing to all counsel of record.

                                      */s/ Tess Davis*
                                      K. Tess Davis
                                      Assistant Attorney General

                                        *Attorney for Plaintiffs*