**MANNING CURTIS BRADSHAW & BEDNAR PLLC**
Alan C. Bradshaw, #4801
Mitch M. Longson, #15661
Trevor J. Lee, #16703
201 South Main Street, Suite 750
Salt Lake City, UT 84111
Telephone: (801) 363-5678
abradshaw@mc2b.com
mlongson@mc2b.com
tlee@mc2b.com

**COOLEY LLP**
Tijana Brien (*Pro Hac Vice*)
3175 Hanover Street
Palo Alto, CA 94304-2155
Telephone: (650) 843-5000
tbrien@cooley.com

**SOUTHERN UTAH WILDERNESS ALLIANCE**
Stephen H.M. Bloch, #7813
Hanna C. Larsen, #18458
425 East 100 South
Salt Lake City, UT 84111
Telephone: (801) 486-3161
steve@suwa.org
hanna@suwa.org

*Attorneys for Intervenor-Defendants Southern Utah Wilderness Alliance et al.*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KANE COUNTY, UTAH (2), (3), and (4), a Utah political subdivision; and STATE OF UTAH,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant,<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE, *et al*.<br><br>Intervenor-Defendants. | **NOTICE OF CHANGE OF LAW FIRM**<br><br>Case No. 2:10-cv-1073<br><br>(consolidated with 2:11-cv-1031, 2:12-cv-476)<br><br>Honorable Clark Waddoups |

PLEASE TAKE NOTICE that Trevor J. Lee, formerly of the law firm HOGGAN LEE HUTCHINSON and current counsel for Intervenor-Defendants Southern Utah Wilderness Alliance et al., hereby notifies the Court and all parties that effective immediately, his new law firm, address, and contact information is the following:

Trevor J. Lee
**MANNING CURTIS BRADSHAW**
**& BEDNAR PLLC**
201 South Main Street, Suite 750
Salt Lake City, Utah 84111
(801) 363-5678
tlee@mc2b.com

All future notices and other correspondence should be directed to the contact information listed above.

DATED August 28, 2026.

MANNING CURTIS BRADSHAW
& BEDNAR PLLC

/s/ *Trevor J. Lee*
Alan C. Bradshaw
Mitch M. Longson
Trevor J. Lee
*Attorneys for Intervenor-Defendants*
*Southern Utah Wilderness Alliance et al.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2026, the undersigned electronically transmitted the foregoing to the Clerk's Office for the United States District Court for the District of Utah using the District Court's CM/ECF System, which shall electronically serve a copy of the foregoing upon counsel of record for all parties in the above-entitled matter.

/s/ *Lori Anderson*