IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KANE COUNTY, UTAH (2), (3) and (4), a Utah political subdivision; and STATE OF UTAH,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant,<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE, et al.,<br><br>Intervenor-Defendants. | **ORDER VACATING HEARING AND LIFTING STAY ON SCOPE DISCOVERY**<br><br>Case No. 2:10-cv-1073<br>*Consolidated with*: 2:11-cv-1031<br>2:12-cv-476<br><br>Judge Clark Waddoups |

This matter is before the court on Plaintiffs' Renewed Motion for Leave to Obtain Discovery from SUWA (ECF No. 860). Upon full review of the motion and responsive briefing, the court concludes that oral argument is unnecessary to resolve the issue, and hereby VACATES the hearing scheduled for November 5, 2026, at 1:30 p.m.

Due to the unanticipated delay in resolution of the title issues in this case, the court concludes continuing the stay on scope discovery would be prejudicial. Accordingly, the court GRANTS the motion and lifts the stay on scope discovery. **On or before November 19, 2026**, the parties shall propose a scheduling order as to when discovery will close. The parties may proceed with discovery without waiting upon the court setting the closing date for discovery.

SO ORDERED this 4th day of November, 2026.

BY THE COURT:

Clark Waddoups
United States District Judge