Shawn T. Welch (#7113)
Richard D. Flint (#7525)
Sydney J. Sell (#17313)
B. Ryder Seamons (#19681)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
Telephone: (801) 799-5800
Facsimile: (801) 799-5700
stwelch@hollandhart.com
rdflint@hollandhart.com
sjsell@hollandhart.com
brseamons@hollandhart.com

Jeffrey Stott (#14344)
Kane County Attorney
76 N. Main Street
Kanab, Utah 84741
Telephone: (435) 644-5278
jstott@kane.utah.gov

*Attorneys for Plaintiff Kane County, Utah*

Jason L. DeForest (#14628)
K. Tess Davis (#15831)
ASSISTANT ATTORNEYS GENERAL
Derek Brown (#10476)
UTAH ATTORNEY GENERAL
1594 W. North Temple, 3rd Floor
Salt Lake City, Utah 84116
Telephone: (801) 537-9801
jdeforest@agutah.gov
kaitlindavis@agutah.gov

*Attorneys for Plaintiff State of Utah*

---

**IN THE UNITED STATES JUDICIAL DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

---

| | |
|---|---|
| KANE COUNTY, UTAH (2), (3) and (4), a Utah political subdivision; and STATE OF UTAH,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant,<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE, ET AL.,<br><br>Defendant-Intervenors, | **MOTION FOR ENTRY OF SCHEDULING ORDER SETTING FACT DISCOVERY CLOSE DATE**<br><br>**Case No. 2:10-cv-01073**<br><br>(consolidated with 2:11-cv-1031, 2:12-cv-476)<br><br>Judge: Hon. Clark Waddoups |

Pursuant to the Court's November 4, 2026 Order Vacating Hearing and Lifting Stay on Scope Discovery, Dkt. 867, Plaintiffs Kane County, Utah and the State of Utah propose that **March 29, 2027** serve as the end date of fact discovery into the scope of the rights-of-way at issue. Plaintiffs have conferred with counsel for the other parties: Defendant-Intervenors Southern Utah Wilderness Alliance, et al. do not oppose the proposed date; Defendant United States of America takes no position on the proposed date. Thus, Plaintiffs respectfully move for entry of the Proposed Scheduled Order filed herewith.

Dated this 19th day of November, 2026.

HOLLAND & HART LLP

*/s/ Sydney J. Sell*
Shawn T. Welch
Richard D. Flint
Sydney J. Sell
B. Ryder Seamons
*Attorneys for Plaintiff Kane County, Utah*

UTAH ATTORNEY GENERAL'S OFFICE

*/s/ *K. Tess Davis*
Jason L. Deforest
Kaitlin Tess Davis
Assistant Attorneys General
Derek Brown
Utah Attorney General
*Attorneys for Plaintiff State of Utah*

** Signed with permission given to filing counsel*