**IN THE UNITED STATES JUDICIAL DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| KANE COUNTY, UTAH (2), (3) and (4), a Utah political subdivision; and STATE OF UTAH,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant,<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE, ET AL.,<br><br>Defendant-Intervenors, | **PROPOSED SCHEDULING ORDER FOR SCOPE DISCOVERY**<br><br>**Case No. 2:10-cv-01073**<br><br>(consolidated with 2:11-cv-1031, 2:12-cv-476)<br><br>Judge: Hon. Clark Waddoups |

Having considered the Motion for Entry of Scheduling Setting Fact Discovery Close Date, it is hereby ORDERED that the motion is GRANTED. Fact discovery into the scope of the rights-of-way at issue closes on **March 29, 2027.**

SO ORDERED this ___ day of November, 2026.

BY THE COURT:

______________________________
Hon. Judge Clark Waddoups
United States District Court Judge