IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

KANE COUNTY, UTAH (2), (3) and (4), a Utah political subdivision; and STATE OF UTAH,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant,

SOUTHERN UTAH WILDERNESS ALLIANCE, ET AL.,

Defendant-Intervenors,

**SCHEDULING ORDER FOR SCOPE DISCOVERY**

Case No. 2:10-cv-01073

(consolidated with 2:11-cv-1031, 2:12-cv-476)

Judge Clark Waddoups

Having considered the Motion for Entry of Scheduling Order Setting Fact Discovery Close Date, it is hereby ORDERED that the motion is GRANTED (ECF No. 869). Fact discovery into the scope of the rights-of-way at issue shall close on **March 29, 2027.**

SO ORDERED this 20th day of November, 2026.

BY THE COURT:

Judge Clark Waddoups
United States District Judge